| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Chinah 275 Madison LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA Chinah  DBA Chi-Nah  DBA Chinah Kitchen |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-4157626 |
| 4. | **Debtor's address** | **Principal place of business**  285 Madison Avenue  New York, NY 10017  Number, Street, City, State & ZIP Code  New York  County | **Mailing address, if different from principal place of business**  130 William Street, Apt 8A  New York, NY 10038  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  Chinah 275 Madison LLC                                Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment                           Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 2

Debtor  Chinah 275 Madison LLC _____    Case number (*if known*) _____
           Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?   _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other   _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency   _____
         Contact name       _____
         Phone              _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☒ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| Debtor | Chinah 275 Madison LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 24, 2023
              MM / DD / YYYY

**X** /s/ Hegel Hei                                      Hegel Hei
Signature of authorized representative of debtor         Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ Erica Aisner                                   Date   July 24, 2023
Signature of attorney for debtor                                MM / DD / YYYY

Erica Aisner
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   eaisner@kacllp.com

4106084 NY
Bar number and State

Debtor  Chinah 275 Madison LLC                              Case number (*if known*)
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | Chi Na Eating Housing | | Relationship to you | Affiliate |
|---|---|---|---|---|
| District | SDNY | When | Case number, if known | |
| Debtor | Chinah Brooklyn Commons LLC | | Relationship to you | Affiliate |
| District | SDNY | When | Case number, if known | |
| Debtor | Chinah Maiden Lane LLC | | Relationship to you | Affiliate |
| District | SDNY | When | Case number, if known | |
| Debtor | Chinah USA LLC | | Relationship to you | Parent Entity |
| District | SDNY | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    Chinah 275 Madison LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 24, 2023         **X** /s/  Hegel Hei
                                     Signature of individual signing on behalf of debtor

                                     Hegel Hei
                                     Printed name

                                     Manager
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Chinah 275 Madison LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 200 Vesey Street New York, NY 10285 | | Credit card purchases | | | | $2,000.00 |
| Chase Bank 270 Park Ave 31st Floor New York, NY 10017 | | Credit card purchases | | | | $25,000.00 |
| JP McHale Pest Management 241 Bleakley Avenue Buchanan, NY 10511 | | | | | | $1,252.06 |
| Kevin Cen 110 Gladwin Ave Leonia, NJ 07605 | kcen.4br@gmail.com | | | $5,000.00 | $0.00 | $5,000.00 |
| Michael Nardo 80 Vardon Way, Farmingdale, NJ 07727 | michaelnardo32@yahoo.com | | | $20,000.00 | $0.00 | $20,000.00 |
| Michael Nulty 5 Coach Drive Hazlet, NJ 07730 | mike@matthewsandnulty.com | | | $2,000.00 | $0.00 | $2,000.00 |
| Philip Charash 100 W 89th St Apt 7J New York, NY 10024 | philcharash@gmail.com | | | $3,000.00 | $0.00 | $3,000.00 |
| Timothy McDonald 4959 N Watergate Rd., Olney, IL 62450 | tdmcdonald669@msn.com | | | $12,000.00 | $0.00 | $12,000.00 |
| Waste Connections 70 Hamilton Avenue Brooklyn, NY 11231 | | | | | | $2,116.67 |

# United States Bankruptcy Court
## Southern District of New York

In re: Chinah 275 Madison LLC, Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chinah USA LLC<br>525 Washington Blvd.<br>Jersey City, NJ 07310 | | 100% | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 24, 2023

Signature: /s/ Hegel Hei
Hegel Hei

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of New York**

In re   Chinah 275 Madison LLC
Debtor(s)

Case No.
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Hegel Hei, declare under penalty of perjury that I am the Manager of Chinah 275 Madison LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said company at a special meeting duly called and held on the 21st day of July, 20 23.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Hegel Hei, Manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Hegel Hei, Manager of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Hegel Hei, Manager of this Company is authorized and directed to employ Erica Aisner, attorney and the law firm of Kirby Aisner & Curley LLP to represent the Company in such bankruptcy case."

Date   July 21, 2023                              Signed   */s/ Hegel Hei*
                                                           Hegel Hei. Manager

Resolution of Board of Managers
of
Chinah 275 Madison LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Hegel Hei, Manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Hegel Hei, Manager of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Hegel Hei, Manager of this Company is authorized and directed to employ Erica Aisner, attorney and the law firm of Kirby Aisner & Curley LLP to represent the company in such bankruptcy case.

Date  July 21, 2023                                     Signed  */s/ Hegel Hei*
                                                                Hegel Hei, Manager

# United States Bankruptcy Court
## Southern District of New York

In re   Chinah 275 Madison LLC   
Debtor(s)

Case No.   
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 24, 2023

/s/  Hegel Hei  
 Hegel Hei/Manager  
Signer/Title

285 Madison Owner LLC
c/o RFR Realty LLC 375 Park Avenue
New York, NY 10152

American Express
200 Vesey Street
New York, NY 10285

Chase Bank
270 Park Ave 31st Floor
New York, NY 10017

Chi Na Eating House LLC
525 Washington Blvd
Jersey City, NJ 07310

Chinah Brooklyn Commons LLC
2 Metrotech Center
Brooklyn, NY 11201

Chinah Maiden Lance LLC
100 Maiden Lane
New York, NY 10038

Chinah Maiden Lane LLC
100 Maiden Lane
New York, NY 10038

Chinah USA LLC
525 Washington Blvd.
Jersey City, NJ 07310

Colin Valentine
105 Evergreen Farms Ln
Wardensville, WV 26851

Entrust Group Inc.
105 Evergreen Farms Ln
Wardensville, WV 26851

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JP McHale Pest Management
241 Bleakley Avenue
Buchanan, NY 10511

Kevin Cen
110 Gladwin Ave
Leonia, NJ 07605

Mackenzie Valentine
540 N. State St. Apt 1105
Chicago, IL 60654

Michael Nardo
80 Vardon Way,
Farmingdale, NJ 07727


Michael Nulty
5 Coach Drive
Hazlet, NJ 07730


NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Street
New York, NY 10038


NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


Patricia Valentine
112 Preakness Ct. Lincoln University
Lincoln University, PA 19352


Patrick Valentine
932 Hollyview Lane
West Chester, PA 19380


Philip Charash
100 W 89th St Apt 7J
New York, NY 10024


Social Security Adminstration
26 Federal Plaza, Room 3904
New York, NY 10278


The Office of the United States Trustee
One Bowling Green, Room 534
New York, NY 10004-1408


The Office of United States Attorney
Attn: Tax and Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007


Timothy McDonald
4959 N Watergate Rd.,
Olney, IL 62450


U.S Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022


Waste Connections
70 Hamilton Avenue
Brooklyn, NY 11231

# United States Bankruptcy Court
## Southern District of New York

In re   Chinah 275 Madison LLC  
                       Debtor(s)

Case No.  
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Chinah 275 Madison LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Chinah USA LLC  
525 Washington Blvd.  
Jersey City, NJ 07310

☐ None [*Check if applicable*]

| | |
|---|---|
| July 24, 2023 | /s/ Erica Aisner |
| Date | Erica Aisner |
| | Signature of Attorney or Litigant |
| | Counsel for   Chinah 275 Madison LLC |
| | Kirby Aisner & Curley LLP |
| | 700 Post Road |
| | Suite 237 |
| | Scarsdale, NY 10583 |
| | Fax: |
| | eaisner@kacllp.com |